| STATE OF NORTH CAROLINA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JESSE THOMPSON, JR. | ) | |
| | ) | |

No. 79P08

Defendant's Petition for Discretionary Review is denied. Defendant's Motion for Appropriate Relief is dismissed without prejudice to defendant's right to file a Motion for Appropriate Relief in the trial division. The State's Motion to Dismiss Appeal is allowed.

By order of the Court in Conference, this 10th day of April, 2008.

Hudson, J.
For the Court